185 So.2d 222

**Huey VIDRINE**

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.**

**No. 48149.**

May 2, 1966.

In re: Huey Vidrine applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 183 So.2d 454.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

185 So.2d 222

**MAYOR AND BOARD OF ALDERMEN OF the CITY OF KENNER**

**v.**

**The PARISH OF JEFFERSON.**

**No. 48174.**

May 2, 1966.

In re: the Parish of Jefferson applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 184 So.2d 581.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.